1  William E. Peterson, Bar No. 1528
2  SNELL & WILMER L.L.P.
   50 West Liberty Street, Suite 510
   Reno, Nevada  89501-1961
3  Telephone:  (775) 785-5440
   Facsimile:  (775) 785-5441
4  Email:  wpeterson@swlaw.com

5  *Attorneys for Defendants*
   *Valley Electric Association, Inc. and*
6  *Valley Electric Transmission Association LLC*

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF NEVADA**

9

10  PASEO VERDE GIBSON APTS., LLC, a
    Nevada limited-liability company,          Case No.:  2:16-cv-03000-KJD-PAL
11
                     Plaintiff,
12
    vs.                                        **ORDER TO EXTEND TIME TO**
13                                             **RESPOND TO PLAINTIFF'S**
    VALLEY ELECTRIC ASSOCIATION, INC.,         **MOTION FOR PRELIMINARY**
14  a Nevada non-profit cooperative corporation;  **INJUNCTION**
    VALLEY ELECTRIC TRANSMISSION
15  ASSOCIATION LLC, a Nevada limited-liability  **(FIRST REQUEST)**
    company; DOE INDIVIDUALS 1 through 5,
16  inclusive; and ROE BUSINESS ENTITIES
    6 through 10, inclusive,
17
                     Defendants.
18

19        IT IS HEREBY STIPULATED, by and between the Plaintiff Paseo Verde Gibson Apts.,

20  LLC and for Defendants Defendants Valley Electric Association, Inc., a Nevada non-profit

21  cooperative corporation and Valley Electric Transmission Association LLC, a Nevada limited-

22  liability company (collectively "VEA"), under Rule 6-1 that VEA may have until Friday, January

23  6, 2017 to respond to Plaintiff's Complaint.  Defendants' response to Plaintiff's Complaint is

24  currently due Tuesday, January 3, 2017 and this extension of time is needed so that counsel for

25  Defendants can have an opportunity to review the response with Defendants' client prior to filing

26  it.

27        This is the first request for extension of time.

28  / /

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA  89501
(775) 785-5440

Dated:  January 3, 2017

HEJMANOWSKI & MCCREA LLC

By: /s/ Charles H. McCrea
    Charles H. McCrea, Bar No. 104
    520 South Fourth Street
    Suite 320
    Las Vegas, Nevada  89101

    *Attorneys for Plaintiff*
    *Plaintiff Paseo Verde Gibson Apts.,*
    *LLC*

Dated: January 3, 2017

SNELL & WILMER, L.L.P.

By: /s/ William E. Peterson
    William E. Peterson, Bar No. 1528
    Janine C. Prupas, Bar No. 9156
    50 West Liberty Street, Suite 510
    Reno, Nevada  89501

    *Attorneys for Attorneys for Defendants*
    *Valley Electric Association, Inc. and*
    *Valley Electric Transmission Association*
    *LLC.*

## ORDER

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

DATED:  January 6, 2017