UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PASEO VERDE GIBSON APTS., LLC, | Case No. 2:16-cv-03000-KJD-PAL |
| Plaintiff, | ORDER |
| v. | |
| VALLEY ELECTRIC ASSOCIATION, INC, et al., | |
| Defendants. | |

This matter is before the court on Defendants' failure to file and serve a signed statement as required in Order (ECF No. 3) entered December 27, 2016, regarding removal of this case to federal district court.  Accordingly,

**IT IS ORDERED** that counsel for Defendants shall, no later than **February 3, 2017**, file a serve a signed statement under the case and caption that sets forth the following information:

1. The date(s) on which you were served with a copy of the complaint in the removed action.

2. The date(s) on which you were served with a copy of the summons.

3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of Defendant(s) evidence of the amount in controversy.

4. If your notice of removal was filed more than thirty days after you first received a copy of the summons and complaint, the reasons removal has taken place at this time and the date you first received a paper identifying the basis for removal.

5.  In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not be summarily be remanded to the state court.

6.  The name(s) of any Defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

DATED this 20th day of January, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE